IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00725-MEH

GUOT DUT,
AJAK CHOL, and
PAULINO CHOL,
on their own behalf and
on behalf of all others similarly situated,

   Plaintiffs,

v.

OCULUS SYSTEMS SECURITY, LLC, and
ERIC DANKS,

   Defendants.

## JOINT NOTICE OF SETTLEMENT

Defendants Oculus Systems Security, LLC and Eric Danks, and Plaintiffs Guot Dut, Ajak Chol and Paulino Chol by their counsel hereby jointly give notice pursuant to D.C.COLO.LCivR 40.2 that they have reached an agreement in principle to settle this matter. The parties will file a Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) within three days after payment is made. Payment is anticipated on or before December 15, 2021.

**Respectfully Submitted,**

| | |
|---|---|
| */s/Andrew H. Turner* | */s/ Mason C. Simpson* |
| Andrew H. Turner | Mason C. Simpson |
| Milstein Turner, PLLC | Business Law Group |
| 1490 Lafayette St. #304 | 90 S. Cascade Ave., Suite 400 |
| Denver, CO. 80218 | Colorado Springs, CO 80903 |
| Tel: (303) 305-8230 | Tel: (719) 355-8840 |
| andrew@milsteinturner.com | Fax: (719) 694-3714 |
| | mason@businesslawgroup.us |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have served the foregoing document on Defendants by electronically filing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record *via* e-mail.

This 9th day of December, 2021.

         */s/ Andrew H. Turner*
         **Counsel for Plaintiffs**