IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00725-MEH

GUOT DUT,
AJAK CHOL, and
PAULINO CHOL, on their own behalf and on behalf of all others similarly situated,

     Plaintiffs,

v.

OCULUS SYSTEMS SECURITY, LLC, and
ERIC DANKS,

     Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

     Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed December 17, 2021; ECF 36]. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary.

     Dated and entered at Denver, Colorado, this 20th day of December, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge